103 F.3d 119
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Stuart L. PRESCOTT, Plaintiff-Appellant,
v.
George HALL, Individually and In His Capacity as President
of First N.H. Bank; James Elliot, Individually and In His
Capacity as Sergeant/Supervisor of Civil Process and Seizure
Division, Gloucester County Sheriff's Department, Gloucester
County, Virginia; Ronald Buchanan, Individually and In His
Capacity as President of Buchanan Auto and Auction Co., and
Auxiliary Police Officer, Chesapeake Police Depart ment,
Chesapeake, Virginia; Barry Rudiger, Individually and In
His Capacity as General Manager of B & L Transportation,
Chesapeake, Virginia; First N.H. Bank; Gloucester
Sheriff's Department; Robin P. Stanaway, In His Capacity as
Sheriff, Gloucester County Sheriff's Department, Gloucester,
Virginia; Denwood W. Insley, Individually and In His
Capacity as Captain and Operations Officer of the Gloucester
County Sheriff's Department, Gloucester, Virginia; Buchanan
Auto and Auction Company, Incorporated; B & L
Transportation; Bank of Ireland, Dublin, Ireland and
Manchester, New Hampshire, U.S.A.; Bank of Ireland First
Holdings, Inc.; Gary Bryant, Esquire; Peter Zemanian,
Esquire; Joel Brinkman, Esquire, Corporate Counsel, Bank of
Ireland, Bank of Ireland First Holdings, Inc. and First N.H.
Bank; Michael J. Connolly, General Manager, Bank of Ireland
and Executive Vice President, Bank of Ireland First Hold
ings, Inc.; Patrick Sullivan, Senior Vice President First
N.H. Bank and Bank of Ireland First Holdings, Inc.; Joyce
Tommasino, Vice President, First N.H. Bank, Manchester, New
Hampshire; Mark Crandall, Vice President, First N.H. Bank,
Manchester, New Hampshire; Bradford Buckley, Vice
President, First N.H. Bank, Manchester, New Hampshire; Lee
Dickey, Former Vice President of First N.H. Bank, Dragut,
Massachusetts; William Gannon, Esquire; Richard W. Jensen,
Esquire, Defendants-Appellees.
 No. 95-2351.
 United States Court of Appeals, Fourth Circuit.
 Submitted Nov. 12, 1996.
Decided Dec. 4, 1996.
 
 Stuart L. Prescott, Appellant Pro Se.
 Stephen Michael Sayers, Bradley R. Duncan, HUNTON & WILLIAMS, McLean, Virginia; John Adrian Gibney, Jr., SHUFORD, RUBIN & GIBNEY, Richmond, Virginia; Richard Ball Baker, WILLIAMS KELLY & GREER, Norfolk, Virginia; Allan Simpson Reynolds, Sr., REYNOLDS, SMITH & WINTERS, P.C., Norfolk, Virginia; Douglas Pendleton Rucker, Jr., Elaine Richardson Jordan, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees.
 E.D.Va.
 AFFIRMED.
 Before WIDENER, MURNAGHAN, and MOTZ, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's orders dismissing with prejudice his RICO and civil rights actions. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Prescott v. Hall, Nos. CA-93-40-4; CA-93-46-4 (E.D. Va. June 19, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED